No. 95–5457. HICKS-BEY *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 95–5459. KIRBY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–5461. FOWLER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–5462. FELICI *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–5463. BOOTH *v.* MARYLAND. Cir. Ct. Baltimore City, Md. Certiorari denied.

No. 95–5464. SMITH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–5465. COBB *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–5466. CLAWSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–5468. LINDOW *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–5470. THOMPSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–5472. SLOAN *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied.

No. 95–5475. WESTON *v.* FIRST INTERSTATE BANK OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 95–5476. SPEARS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–5478. REED *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–5481. ELIAS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.